**DISMISS and Opinion Filed October 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00479-CV**

## IN THE INTEREST OF V.J.M. AND C.M.M., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-20931**

## MEMORANDUM OPINION
Before Justices Pedersen, III, Reichek, and Carlyle
Opinion by Justice Reichek

By notice filed October 10, 2019, the parties inform the Court they have settled their differences and move for dismissal of the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

190479F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

IN THE INTEREST OF V.J.M. AND
C.M.M., CHILDREN

No. 05-19-00479-CV

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-17-20931.
Opinion delivered by Justice Reichek,
Justices Pedersen, III and Carlyle
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** appellee William Patrick Murray recover his costs, if any, of this appeal from appellant Suzanne Beaudette Murray.

Judgment entered October 15, 2019